NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**K-TEC, INC.,**
*Plaintiff-Appellee,*

v.

**VITA-MIX CORPORATION,**
*Defendant-Appellant.*

---

2011-1244

---

Appeal from the United States District Court for the District of Utah in case no. 06-CV-0108, Judge Tena Campbell.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellant's motion to stay the briefing schedule, pending the district court's disposition of pending post-judgment motions,

IT IS ORDERED THAT:

The motion is granted. The parties are directed to inform this court within 14 days of when the district court decides the remaining post-judgment motions and should

then move for this court to lift the stay of the briefing schedule. The revised official caption is reflected above.

FOR THE COURT

APR 0 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brett L. Foster, Esq.
Alan L. Briggs, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2011

JAN HORBALY
CLERK